determines that a conflict exists. Sua sponte, cause held for decision in 2016–1652, *State v. Brown*, and briefing schedule stayed.

O'Neill and DeWine, JJ., dissent.

**2017–0674. State v. McCain.**
Montgomery App. No. 26755. On appellant's motion for leave to file delayed appeal. Motion denied.

**2017–0675. State v. Edmonds.**
Cuyahoga App. No. 104528, 2017-Ohio-745. On appellant's motion for leave to file delayed appeal. Motion denied.

O'Neill, J., dissents.

**2017–0679. State v. Merriweather.**
Butler App. No. CA2016–04–077, 2017-Ohio-421. On appellant's motion for leave to file delayed appeal. Motion denied.

O'Neill and DeWine, JJ., dissent.

**2017–0687. State v. Madison.**
Franklin App. No. 15AP–994, 2016-Ohio-7127. On appellant's motion for leave to file delayed appeal. Motion denied.

**2017–0693. Elliott–Thomas v. Smith.**
Trumbull App. No. 2015–T–0007, 2017-Ohio-702. On review of an order certifying a conflict. The court determines that a conflict exists. The parties are ordered to brief the issue stated at page 5 of the court of appeals' entry filed May 4, 2017: "Does the tort of intentional interference with or destruction of evidence include claims alleging interference with or concealment of evidence that disrupt a plaintiff's underlying case? Or, is the tort of intentional interference with or destruction of evidence limited to claims that allege evidence is physically altered or destroyed?"

The conflict cases are *O'Brien v. Olmsted Falls*, 8th Dist. Cuyahoga Nos. 89966 and 90336, 2008-Ohio-2658, *Allstate Ins. Co. v. QED Consultants*, 5th Dist. Knox No. 09CA14, 2009-Ohio-4896, and *McGuire v. Draper, Hollenbaugh & Briscoe Co., L.P.A.*, 4th Dist. Highland No. 01CA21, 2002-Ohio-6170.

The clerk shall issue an order for the transmittal of the record from the court of appeals for Trumbull County.

O'Donnell and Kennedy, JJ., dissent.

**2017–0696. Portage Cty. Bd. of Dev. Disabilities v. Portage Cty. Educators' Assn. for Dev. Disabilities.**
Portage App. No. 2016–P–0032, 2017-Ohio-888. On review of an order certifying a conflict. The court determines that a conflict exists. The parties are ordered to brief the issue stated at page 4 of the court of appeals' entry filed May 1, 2017: "What standard of review governs appellate review of a decision by the court of common pleas confirming, modifying, vacating, or correcting an arbitration award?"

The conflict cases are *Cleveland State Univ. v. Fraternal Order of Police, Ohio Labor Council, Inc.*, 8th Dist. Cuyahoga No. 99868, 2014-Ohio-304, and *In re Hamilton v. Intl. Union of Operating Engineers, Local 20*, 12th Dist. Butler No. CA2016–03–054, 2016-Ohio-5565.

The clerk shall issue an order for the transmittal of the record from the court of appeals for Portage County.

O'Donnell, Kennedy, and French, JJ., dissent.

**2017–0698. State v. Johnson.**
Hamilton App. No. C–160242, 2017-Ohio-1148. On appellant's motion for leave to file delayed appeal. Motion denied.

O'Neill, J., dissents.

Fischer, J., not participating.

**2017–0724. State v. Johnson.**
Stark App. No. 2016CA00069, 2016-Ohio-8261. On appellant's motion for leave to file delayed appeal.

Motion denied.

FISCHER and DeWINE, JJ., dissent.

**2017–0742. State v. Anderson.**

Cuyahoga App. No. 104460, 2017-Ohio-931. On appellant's motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.

O'DONNELL, FRENCH, and DeWINE, JJ., dissent.

**2017–0763. State v. Haddox.**

Erie App. No. E–15–017, 2016-Ohio-3368. On motion for leave to file delayed appeal. Motion denied.

DeWINE, J., dissents.

**2017–0764. State v. Lee.**

Richland App. No. 15–CA–52, 2016-Ohio-1045. On motion for leave to file delayed appeal. Motion denied.

**2017–0765. State v. McCort.**

Muskingum App. No. CT2016–0019, 2017-Ohio-590. On motion for leave to file delayed appeal. Motion denied.

**2017–0766. State v. Patterson.**

Cuyahoga App. No. 104266, 2017-Ohio-1444. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.

O'CONNOR, C.J., dissents.

**2017–0774. State v. Fetherolf.**

Union App. Nos. 14–16–10 and 14–16–11, 2017-Ohio-1316. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.

O'CONNOR, C.J., and O'DONNELL, J., dissent.

**2017–0783. State v. Collopy.**

Coshocton App. No. 2016CA0010, 2017-Ohio-1397. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.

O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2016–0696. State v. Apanovitch.**

Cuyahoga App. Nos. 102618 and 102698, 2016-Ohio-2831. Discretionary appeal accepted on proposition of law Nos. I, III, and IV.

O'DONNELL, KENNEDY and O'NEILL, JJ., would also accept the appeal on proposition of law No. II.

O'CONNOR, C.J., and FRENCH and DeWINE, JJ., concur in part and dissent in part and would accept the appeal on proposition of law No. IV only.

**2017–0039. In re Adoption of M.G.B.–E.**

Clinton App. No. CA2016–06–017, 2016-Ohio-7912. Discretionary appeal accepted on proposition of law No. I.

O'DONNELL, KENNEDY, and O'NEILL, JJ., would also accept the appeal on proposition of law No. II.

O'CONNOR, C.J., FRENCH and DeWINE, JJ., dissent.